FILED

3/28/2019

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

## BUTTE DIVISION

| | |
|---|---|
| DICK ANDERSON CONSTRUCTION, INC., a Montana corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CONSOLIDATED DIVISIONS, INC., a Colorado corporation,<br><br>Defendant. | No. CV 18-55-BU-SEH<br><br>**ORDER** |

On February 28, 2019, Defendant Consolidated Divisions, Inc., filed a Third-Party Complaint against DOWL, LLC.[1] On March 27, 2019, DOWL, LLC, filed their answer to the third-party complaint.[2]

ORDERED:

Third-party Defendant DOWL, LLC, shall have to and including April 12, 2019, in which to file an amended answer to the third-party complaint, if necessary

---

[1] Doc. 18.

[2] Doc. 22.

and appropriate. All other provisions of the Court's January 14, 2019, Scheduling Order[3] remain in full force and effect and apply to all parties.

DATED this 28th day of March, 2019.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[3] Doc. 17.