# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| DICK ANDERSON CONSTRUCTION, INC., a Montana corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CONSOLIDATED DIVISIONS, INC., a Colorado corporation,<br><br>　　　　　Defendant.<br>_____<br><br>CONSOLIDATED DIVISIONS, INC., a Colorado corporation.,<br><br>　　　　　Third-Party Plaintiff,<br><br>vs.<br><br>DOWL, LLC,<br><br>　　　　　Third-Party Defendant. | No. CV 18-55-BU-SEH<br><br>**ORDER** |

The parties having filed a Stipulation of Dismissal,[1]

ORDERED:

This case is DISMISSED with prejudice, each party to bear its own costs.

_____

[1] Doc. 53.

The hearing set for July 20, 2020, and all remaining deadlines are VACATED.

All pending motions are DENIED as moot.

DATED this 17th day of July, 2020.

SAM E. HADDON
United States District Judge